# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TEMUR KADIROV** and | : | |
| **KHUSAN KADIROV,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **No. 13-cv-7390** |
| v. | : | |
| | : | |
| **RAND BEERS et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This 4th day of December, 2014, after reviewing both Plaintiffs' and Defendants' Motions for Summary Judgment and all accompanying materials submitted with regard to those motions, and having heard oral argument from counsel, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED** and Defendants' Motion for Summary Judgment is **GRANTED**. The Plaintiffs' Complaint is dismissed with prejudice.

/s/ Gerald Austin McHugh
United States District Court Judge